**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arcus Equity II, LLC,  Plaintiff,  vs.  Mission Capital Advisors, Inc., et al.,  Defendants. | No. CV-11-1453-PHX-PGR  ORDER |

On August 30, 2011, the Court entered an order (Doc.11) that dismissed the complaint in this action for lack of subject matter jurisdiction due to the plaintiff's failure to properly allege the existence of diversity of citizenship jurisdiction, required the plaintiff to file an amended complaint no later than September 12, 2011 that cured the deficient jurisdictional allegations, and advised the plaintiff that this action would be dismissed for lack of subject matter jurisdiction if the required amended complaint was not timely filed. On September 15, 2011, the plaintiff, instead of filing a notice of voluntary dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), filed a Notice of Intention Not to Submit Amended Complaint (doc. 12) wherein it states that it has elected not to file an amended complaint and that it was reserving its right to commence a separate

action against the defendants in the future.  Therefore,

IT IS ORDERED that this action is dismissed for lack of subject matter jurisdiction.   The Clerk of the Court shall enter judgment accordingly.

DATED this 19th day of September, 2011.

Paul G. Rosenblatt
United States District Judge